COGBURN LAW OFFICES
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
PAUL R.M. CULLEN ESQ.
Nevada Bar No. 12355
pcullen@cogburnlaw.com
2879 St. Rose Pkwy., Suite 200
Henderson, NV 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CLARK an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>ST. AMANT AND ASSOCIATES a/k/a NATIONAL LAW GROUP, a/k/a NATIONWIDE LAW GROUP, a foreign corporation, AMERICAN ASSET FUNDING LLC, a domestic limited liability company, and DOES I through X, inclusive; ROE Corporations I through X, inclusive,<br><br>            Defendant(s). | Case No: 2:13-cv-01355<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT AMERICAN ASSET FUNDING, LLC WITH PREJUDICE |

Plaintiff MICHAEL CLARK and Defendant AMERICAN ASSET FUNDING, LLC, through their respective counsel, hereby stipulate and agree that the above-captioned litigation is dismissed with prejudice against Defendant American Asset Funding, LLC.

///

///

///

///

///

///

///

Page 1 of 2

1  The parties further stipulate to vacate all pending motions and hearings, and that each
2  party shall bare their own attorney's fees and costs.
3  Dated this 23 day of October, 2013.                          Dated this 28 day of October, 2013.

COGBURN LAW OFFICES                                              AMERICAN ASSET FUNDING

By: _____                                       By: _____
Jamie S. Cogburn, Esq.                                           American Asset Funding
Nevada State Bar No. 8409                                        930 South 4th Street #105
Paul R.M. Cullen, Esq.                                           Las Vegas, Nevada 89101
Nevada State Bar No. 12533                                       Defendant Pro Se
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 8952
Attorneys for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the above named Defendant be dismissed with prejudice.

**DATED** this 29th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

COGBURN LAW OFFICES

By: _____
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
Jsc@cogburnlaw.com
PAUL R.M CULLEN, ESQ.
Nevada State Bar No. 12355
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Attorneys for Plaintiff